STATE OF CONNECTICUT *v.* EDWARD DEMAYO

The defendant's petition for certification for appeal from the Appellate Court, 18 Conn. App. 297, is denied.

*Richard Emanuel,* in support of the petition.

*Harry Weller,* deputy assistant state's attorney, in opposition.

Decided July 10, 1989

MICHAEL RUOTOLO *v.* INLAND WETLANDS AGENCY OF THE TOWN OF MADISON

The plaintiff's petition for certification for appeal from the Appellate Court, 18 Conn. App. 440, is denied.

*Kenneth G. Bartlett,* in support of the petition.

*Gail S. Kotowski,* in opposition.

Decided July 13, 1989

TOWN OF KILLINGLY *v.* RALPH W. WELLS

The plaintiff's petition for certification for appeal from the Appellate Court, 18 Conn. App. 508, is denied.

*John D. Boland,* in support of the petition.

*Wesley W. Horton,* in opposition.

Decided July 13, 1989

MAC'S CAR CITY, INC. *v.* NICHOLAS E. DENIGRIS ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 18 Conn. App. 525, is denied.

*Joseph F. Skelley, Jr.,* in support of the petition.

*Alexandra Davis,* in opposition.

Decided July 13, 1989